# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-1681

———————————————

CHRISTOPHER DODGE and JENA
DODGE,

    Appellants,

    v.

ELIZABETH ALMEIDA,

    Appellee.

———————————————

On appeal from the County Court for Walton County.
Kelvin C. Wells, Judge.

July 21, 2026

PER CURIAM.

    AFFIRMED.

ROWE, RAY, and NORDBY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Christopher Dodge and Jena Dodge, pro se, Appellants.

Elizabeth Almeida, pro se, Appellee.